1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>YOLANDA BUMATAY MULATO AND ZOSIMA BUMATAY MULATO,<br><br>Debtor/Appellants. | USDC Case No.3:16-cv-04610-RS<br><br>Bankruptcy Court Case No:<br><br>15-31444-MEH<br><br>Chapter 11 |
| YOLANDA BUMATAY MULATO AND ZOSIMA BUMATAY MULATO,<br><br>Appellants,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Appellee. | **ORDER ON NOTICE OF STIPULATION RE: BRIEFING SCHEDULE** |

The Court having considered the Notice of Stipulation Re: Briefing Schedule ("Stipulation") filed jointly by Appellants, Yolanda Bumatay Mulato and Zosima Bumatay Mulato ("Appellants") and Appellee Wells Fargo Bank, N.A. (named as Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., herein "Wells Fargo") and good cause showing, it is **ORDERED**:

The Stipulation filed on October 27, 2016, as docket number 6 is **APPROVED**.

**IT IS FURTHER ORDERED** that the deadline for Appellees to file their brief is November 22, 2016.

Date: 10/28/16

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE